# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kari Kramlinger, <br><br> Plaintiff, <br> v. <br><br> Collection Technology, Inc., Demun Johnson, and Aanuar Sauma A/K/A Mike Smith. <br><br> Defendants. | Civil No.: 11-cv-00780 JRT/TNL <br><br> **Stipulation of Dismissal with Prejudice** |

The parties hereby stipulate and agree, by and through their attorneys, that Plaintiff's claims against Defendants may be dismissed with prejudice, without additional costs, disbursements, or attorney fees to any party.

**[signatures follow]**

Dated: November 21, 2011

Respectfully submitted,

**THE RYDER LAW FIRM, LLC**

By: *s/Randall P. Ryder*
Randall P. Ryder, Esq.
Attorney I.D.#0389957
2701 University Avenue SE, Suite 209
Minneapolis, Minnesota 55414
Telephone:  (612) 424-3770
Facsimile: (612) 605-3270
randall@theryderlawfirm.com


**BARRY, SLADE & WHEATON, LLC**
Christopher S. Wheaton, Esq.
Attorney I.D.#0389272
2701 University Avenue SE, Suite 209
Minneapolis, Minnesota 55414
Telephone:  (612) 379-8800
Facsimile: (612) 605-2102
cwheaton@lawpoint.com

**ATTORNEYS FOR PLAINTIFF**

Dated: November 21, 2011

Respectfully submitted,

**BRIGGS AND MORGAN, P.A.**

By:  *s/Eric J. Rucker*
Gregory J. Stenmoe (#131155)
Eric J. Rucker (#2400552)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 554402-2157
Telephone:  (612) 977-8400
Facsimile: (612) 977-8650


**ATTORNEYS FOR DEFENDANTS**