# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KARI KRAMLINGER, | Civil No. 11-0780 (JRT/TNL) |
| Plaintiff, | |
| v. | **DISMISSAL ORDER** |
| COLLECTION TECHNOLOGY, INC., AANUAR SAUMA, AND DEMUN JOHNSON, | |
| Defendants. | |

Chris Wheaton, **BARRY, SLADE & WHEATON, LLC,** 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413; Randall Ryder, **THE RYDER LAW FIRM, LLC**, 2701 University Avenue SE, Suite 209, Minneapolis, MN 55414, for plaintiff.

Eric Rucker and Gregory Stenmoe, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the stipulation of dismissal with prejudice filed on November 21, 2011 [Docket No. 18].

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that the above-entitled action against defendants shall be and hereby is **DISMISSED WITH PREJUDICE,** without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 27, 2011
at Minneapolis, Minnesota.

                                                        s/ John R. Tunheim
                                                          JOHN R. TUNHEIM
                                               United States District Judge