≈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kari Kramlinger,

  V.

Collection Technology, Inc., Aanuar Sauma,
and Demun Johnson,

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-780 JRT/TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-entitled action against defendants shall be and hereby is DISMISSED WITH PREJUDICE, without costs, disbursements or attorney fees to any party.

|  |  |
|---|---|
| 11/28/11 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Rena L. Riemer |
|  | (By)    Rena Lexvold Riemer,    Deputy Clerk |